IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01340-MSK-PAC

SECURITIES AND EXCHANGE COMMMISSION,

    Plaintiff,

v.

WILLIAM L. BROTHERTON and
INTERNATIONAL BUSINESS CONSORTIUM, INC.

    Defendants.

_____

### ORDER GRANTING MOTION FOR APPLICATION FOR COMPENSATION
_____

**THIS MATTER** comes before the Court pursuant to the Motion for Compensation and Reimbursement of Expenses by Sheri L. Betzer **(# 124)**. There being no objection to the request, the Motion is **GRANTED**. The Distribution Agent shall disburse $ 5,576.64 to Betzer, Chrichtfield & Co., LLP, for services and expenses from December 16, 2005 to May 22, 2006. The Distribution Agent shall hold $ 6,065.00 in reserve for payment to Betzer, Critchfield & Co., LLP, upon completion of her services as Distribution Agent.

    Dated this 5th day of February, 2007

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge